PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Eastern District of Wisconsin

U.S. DIST. COURT EAST DIST. WISC
FILED
JAN 27 2010
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeffry Polak                                    Case Number: 08-00140-001

Name of Sentencing Judicial Officer: Judge Rudolph T. Randa

Date of Original Sentence: September 12, 2008

Original Offense: Theft of Government Property

Original Sentence: 12 months plus one day imprisonment, three years supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: December 29, 2009

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

After release from imprisonment, he is to be placed by the U. S. Probation Office at a community drug and alcohol inpatient treatment facility for a period of 90 days. The Probation Office may approve Mr. Polak to complete all or a portion of the term at a residential re-entry facility, such as a halfway house, depending on space availability at the treatment center. He is to obey the rules of that facility and acknowledge in writing receipt of such rules.

### CAUSE

On 12/31/09, Mr. Polak was arrested for Operating While Under Influence 7th Offense. He is currently incarcerated at the Milwaukee County Jail with a $3,500.00 cash bail pending further court proceedings. On 1/21/10, Mr. Polak was interviewed and admitted to consuming alcohol and driving in violation of his supervised release conditions.

Mr. Polak agrees with this modification and has signed the attached Waiver of Hearing form.

Assistant U. S. Attorney Jonathan H. Koenig was contacted and concurs with this recommendation.

If the Court concurs or wishes alternate actions, please indicate below.

Respectfully submitted,

Jesse R. Sorkness
U. S. Probation Officer
January 26, 2010

JRS/jls

THE COURT ORDERS:

☐ No action.

☒ The modification of conditions as noted above.

☐ Other.

Rudolph T. Randa
U. S. District Judge

1/27/10
Date

PROB 49

# United States District Court
## for the
## Eastern District of Wisconsin

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I shall reside for 90 days in a residential re-entry center upon the first available vacancy. I will obey the rules of that facility and acknowledge in writing receipt of such rules.

Witness: _____  Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

1/21/10
DATE